In the Matter of the Accounting of BROOKLYN TRUST COMPANY, as Executor of WILLIAM T. BARR, Deceased, Respondent.

THEODORE G. CLARKE, as Special Guardian for HENRY B. BARR et al., Appellants; FRANK S. BARR et al., Respondents.

(Argued January 5, 1932; decided February 9, 1932.)

*Walter J. A. Mack* and *Theodore G. Clarke* for appellants.
*Edward A. Ingraham* and *George S. Ingraham* for respondents.

Order affirmed, with costs payable out of the estate, on the ground stated in the concurring memorandum at the Appellate Division; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.